1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7073
6      FAX: (415) 436-6748
7  Attorneys for Defendant United States of America
8
                      UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12  JOANNE ROMAN, Individually and on behalf )   No. C 04-3239 CW
    of the estate of Michael T. Roman, Deceased )
13                                            )   STIPULATION AND [ORDER RE EXPERT
             Plaintiff,                        )   DISCOVERY DEADLINES
14                                            )
        v.                                    )
15                                            )
    UNITED STATES OF AMERICA,                 )
16                                            )
             Defendant.                        )
17  _____ )
                                              )
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE EXPERT DISCOVERY DEADLINES
C 04-3239 CW

1

**STIPULATION**

2          Fact discovery in the present case was completed on July 11, 2005.  The parties have

3   completed their initial expert disclosures, including numerous initial expert reports.  The parties have a

4   mediation scheduled to take place on August 18, 2005.

5          The date for disclosure of identities and reports of rebuttal expert witnesses is currently set for

6   August 11, 2005, and the date for completion of expert discovery is currently set for September 16,

7   2005.  The parties wish to avoid additional litigation expenditures in the event that the case settles at the

8   upcoming mediation.  Accordingly, the parties stipulate as follows:

9          1)      The date for disclosure of identities and reports of rebuttal expert witnesses should be

10  extended to September 2, 2005;

11         2)      The date for completion of expert discovery should be continued to October 7, 2005.

12

13  Dated:  August 8, 2005                              _____/s/_____

14                                                      JOSEPH P. CALLAHAN
                                                        Attorney for Plaintiff Joanne Roman

15  Dated:  August 8, 2005                              KEVIN V. RYAN
                                                        United States Attorney
16
17                                                      _____/s/_____
                                                        CHINHAYI J. COLEMAN
18                                                      Assistant United States Attorney

19                                     **ORDER**

20         PURSUANT TO STIPULATION, the Court makes the following orders:

21         1)      The date for disclosure of identities and reports of rebuttal expert witnesses is extended

22  to September 2, 2005;

23         2)      The date for completion of expert discovery is continued to October 7, 2005.

24           8/10/05                                    /s/ CLAUDIA WILKEN
    Dated: _____              _____
25                                                      CLAUDIA WILKEN
                                                        United States District Judge
26
27
28

STIPULATION AND ORDER RE EXPERT DISCOVERY DEADLINES
C 04-3239 CW