IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANNE ROMAN,                                  No. C 04-03239 CW

      Plaintiff,                           <u>CONDITIONAL ORDER</u>
                                               <u>OF DISMISSAL</u>
  v.

UNITED STATES OF AMERICA,

      Defendant.
_____/

      The parties hereto, by their counsel, having stipulated to an order approving comprise of settlement,

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    IT IS SO ORDERED.


Dated: 8/30/05                        /s/ CLAUDIA WILKEN
                                      CLAUDIA WILKEN
                                      United States District Judge