1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   CHINHAYI J. COLEMAN (CSBN 194542)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7073
6       FAX: (415) 436-6748

7   Attorneys for Defendant United States of America

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  JOANNE ROMAN, Individually and on        )   No. C 04-3239 CW
    behalf of the estate of Michael T. Roman, )
13  Deceased                                  )   STIPULATION AND ORDER FOR
                                              )   DISMISSAL WITH PREJUDICE
14          Plaintiff,                        )
                                              )
15      v.                                    )
                                              )
16  UNITED STATES OF AMERICA,                 )
                                              )
17          Defendant.                        )
                                              )
18  _____           )

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 04-3239 CW

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff Joanne Roman (individually and on behalf of the estate of Michael T. Roman) and Defendant United States of America, stipulate to the dismissal with prejudice of <u>Joanne Roman v. United States of America</u>, Northern District of California case number C 04-3239 CW.  Each party will bear its own costs.


RAWLS & McNELIS

Dated: September 20, 2005                  _____/s/_____
                                           JOSEPH P. CALLAHAN
                                           Attorney for Plaintiff Joanne Roman

Dated: September 21, 2005                  KEVIN V. RYAN
                                           United States Attorney


                                           _____/s/_____
                                           CHINHAYI J. COLEMAN
                                           Assistant United States Attorney


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
       9/30/05                             THE HONORABLE CLAUDIA WILKEN
                                           United States District Court Judge


STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 04-3239 CW

1